MAKAREM & ASSOCIATES
Aidan McGlaze, Bar No. 277270
mcglaze@law-rm.com
11601 Wilshire Blvd, Suite 2440
Los Angeles, CA 90025
Tel:   +1.310.312.0299
Fax:   +1.310.312.0296

Attorney for Plaintiff
LISA DAUGHTON

MORGAN, LEWIS & BOCKIUS LLP
Brian D. Fahy, Bar No. 266750
brian.fahy@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Ryan S. Malhan, Bar No. 352467
ryan.malhan@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DAUGHTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC, a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:23-cv-02977-KJM-CKD<br><br>**JOINT STIPULATION TO CONTINUE CERTAIN CASE DEADLINES AND ORDER**<br><br>**LOCAL RULE 144** |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

JOINT STIPULATION TO CONTINUE
CERTAIN CASE DEADLINES
2:23-CV-02977-KJM-CKD

**JOINT STIPULATION**

Pursuant to Local Rule 144, Plaintiff Lisa Daughton ("Plaintiff") and Defendant Amazon.com Services LLC ("Amazon") (Plaintiff and Defendant collectively, the "Parties") jointly stipulate to a request that the Court continue by up to 6 months the existing expert discovery, fact discovery, and dispositive motion deadlines, based upon the following good cause:

WHEREAS, the Parties have been diligently engaged in discovery, including providing initial and supplemental disclosures, written discovery, production of documents, and are currently meeting and conferring on depositions of Plaintiff and Amazon employees;

WHEREAS, the Parties have also had preliminary discussions regarding potential informal resolution;

WHEREAS, counsel for Plaintiff recently assumed responsibility for this matter from another attorney in his office and has requested a 6-month extension of the expert and fact discovery deadlines to allow him time to get up speed on this matter and assess next steps in discovery, which will aid in the Parties' discussions on potential informal resolution;

WHEREAS, counsel for Amazon is agreeable to the requested extension and believes extending the dispositive motion deadline by six months would also be warranted if the expert and fact discovery deadlines are continued; and

WHEREAS, this is the Parties' first request for a continuance of the pretrial dates in this matter; and

WHEREAS, while the Parties are requesting a six-month continuance of certain deadlines, if the Court is not amenable to an extension of that length, they would request an extension of at least four months of the deadlines noted below, for the reasons noted above.

THEREFORE, the Parties respectfully request that the Court make the following modifications to the Pretrial Scheduling Order:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Initial Expert Disclosure | November 15, 2024 | May 15, 2025 |
| Rebuttal Expert Disclosure | December 6, 2024 | June 6, 2025 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT STIPULATION TO CONTINUE
CERTAIN CASE DEADLINES
2:23-CV-02977-KJM-CKD

| Fact Discovery Cut-Off | January 10, 2025 | July 10, 2025 |
| Expert Discovery Cut-Off | January 10, 2025 | July 10, 2025 |
| L/D to File Dispositive Motions | April 10, 2025 | October 10, 2025 |

Dated: September 24, 2024                MAKAREM & ASSOCIATES

                                         By    /s/ Aidan McGlaze
                                              Aidan McGlaze
                                              Attorney for Plaintiff
                                              LISA DAUGHTON

Dated: September 24, 2024                MORGAN, LEWIS & BOCKIUS LLP

                                         By    /s/ Brian D. Fahy
                                              Brian D. Fahy
                                              Ryan S. Malhan
                                              Attorneys for Defendant
                                              AMAZON.COM SERVICES LLC

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: September 24, 2024                MORGAN, LEWIS & BOCKIUS LLP

                                         By    /s/ Brian D. Fahy
                                              Brian D. Fahy
                                              Ryan S. Malhan
                                              Attorneys for Defendant
                                              AMAZON.COM SERVICES LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

JOINT STIPULATION TO CONTINUE
CERTAIN CASE DEADLINES
2:23-CV-02977-KJM-CKD

**ORDER**

Based upon the Parties' Joint Stipulation to Extend Case Deadlines, and for good cause having been shown, the Current Pretrial Scheduling Order at ECF No. 10 is modified as requested by the parties above.

IT IS SO ORDERED.

Dated: September 24, 2024

_____
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

JOINT STIPULATION TO CONTINUE
CERTAIN CASE DEADLINES
2:23-CV-02977-KJM-CKD