**MAKAREM & ASSOCIATES**
Ronald W. Makarem, Bar No. 180442
makarem@law-rm.com
Marcus Jackson, Bar No. 205792
jackson@law-rm.com
11601 Wilshire Blvd, Suite 2440
Los Angeles, CA 90025
Tel:   +1.310.312.0299
Fax:   +1.310.312.0296

Attorney for Plaintiff
LISA DAUGHTON

**MORGAN, LEWIS & BOCKIUS LLP**
Brian D. Fahy, Bar No. 266750
brian.fahy@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DAUGHTON, an individual, | Case No. 2:23−CV−02977−DJC−CKD |
| Plaintiff, | **FIRST AMENDED JOINT STIPULATION TO CONTINUE CERTAIN CASE DEADLINES** |
| vs. | |
| AMAZON.COM SERVICES, LLC, a Delaware corporation; and DOES 1-10, inclusive, | **LOCAL RULE 144** |
| Defendant. | |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

FIRST AMENDED JOINT STIPULATION
TO EXTEND CASE DEADLINES
2:23-CV-02977-DJC-CKD

# JOINT STIPULATION

Pursuant to Local Rule 144, Plaintiff Lisa Daughton ("Plaintiff") and Defendant Amazon.com Services LLC ("Amazon") (Plaintiff and Defendant collectively, the "Parties") jointly stipulate to a request that the Court continue the existing expert discovery, fact discovery, and dispositive motion deadlines, based upon the following good cause:

WHEREAS, counsel for Plaintiff has recently taken over management of this matter from another attorney at his firm and required time to get up to speed on the matter;

WHEREAS, the Parties have been diligently engaged in discovery, including providing initial and supplemental disclosures, written discovery responses, initial and supplemental production of documents, and are conferring on scheduling the depositions of Plaintiff and Amazon's 30(b)(6) witness following further discovery efforts, respectively;

WHEREAS, following the completion of the depositions noted above, the Parties have agreed to discuss potential mediation, so the requested extension would be beneficial in facilitating early resolution by allowing the Parties to focus their energies and efforts on exploring potential resolution of the case without having to meet the existing case deadlines;

WHEREAS, this is the Parties' second request for a continuance of the pretrial dates in this matter; and

WHEREAS, on April 10, 2025, the Parties filed a Stipulation requesting continuation of certain case deadlines (*see* ECF No. 18), but on April 15, 2025, were informed by the Court's Courtroom Deputy that the stipulation was defective, and the Parties were directed to file a new stipulation, which the Parties are now doing.

THEREFORE, the Parties respectfully request that the Court make the following modifications to the Pretrial Scheduling Order, as directed by the Court's Courtroom Deputy:

| **Event** | **Proposed Date** |
|---|---|
| Fact Discovery Cutoff Date: | 1/12/2026 |
| Expert Disclosure Deadline: | 11/17/2025 |
| Supplemental Disclosure Deadline: | 12/8/2025 |
| Expert Discovery Cutoff Date: | 1/12/2026 |

| Dispositive Motion Filing Deadline: | 4/10/2026 |
|---|---|
| Dispositive Motion Hearing: | 5/28/2026 at 1:30 PM |
| Final Pretrial Conference: | 9/10/2026 at 1:30 PM |
| Jury/Bench Trial | 11/9/2026 at 8:30 AM |

Dated:                                                        MAKAREM & ASSOCIATES

                                                              By   */s/ Ronald W. Makarem*
                                                                   Ronald W. Makarem
                                                                   Marcus Jackson

                                                              Attorney for Plaintiff
                                                              LISA DAUGHTON

Dated:                                                        MORGAN, LEWIS & BOCKIUS LLP

                                                              By   */s/ Brian D. Fahy*
                                                                   Brian D. Fahy

                                                              Attorneys for Defendant
                                                              AMAZON.COM SERVICES LLC

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:                                                        MORGAN, LEWIS & BOCKIUS LLP

                                                              By   */s/ Brian D. Fahy*
                                                                   Brian D. Fahy
                                                                   Attorneys for Defendant
                                                                   AMAZON.COM SERVICES LLC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

FIRST AMENDED JOINT STIPULATION
TO EXTEND CASE DEADLINES
2:23-CV-02977-DJC-CKD

**ORDER**

Based upon the Parties' Joint Stipulation to Extend Case Deadlines, and for good cause having been shown, the Current Order Continuing Case Deadlines at ECF No. 14 is modified as requested by the parties above.

IT IS SO ORDERED.

Dated: June 17, 2025                /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

FIRST AMENDED JOINT STIPULATION
TO EXTEND CASE DEADLINES
2:23-CV-02977-DJC-CKD