**MAKAREM & ASSOCIATES**
Ronald W. Makarem, Bar No. 180442
makarem@law-rm.com
Marcus Jackson, Bar No. 205792
Jackson@law-rm.com
11601 Wilshire Blvd, Suite 2440
Los Angeles, CA 90025
Tel:   +1.310.312.0299
Fax:   +1.310.312.0296

Attorney for Plaintiff
LISA DAUGHTON

**MORGAN, LEWIS & BOCKIUS LLP**
Brian D. Fahy, Bar No. 266750
brian.fahy@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA DAUGHTON, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>AMAZON.COM SERVICES, LLC, a Delaware corporation; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:23−CV−02977−DJC−CKD<br><br>**SECOND AMENDED JOINT STIPULATION TO CONTINUE CERTAIN CASE DEADLINES**<br><br>**LOCAL RULE 144** |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

SECOND AMENDED JOINT STIPULATION
TO EXTEND CASE DEADLINES
2:23-CV-02977-DJC-CKD

**JOINT STIPULATION**

Pursuant to Local Rule 144, Plaintiff Lisa Daughton ("Plaintiff") and Defendant Amazon.com Services LLC ("Amazon") (Plaintiff and Defendant collectively, the "Parties") jointly stipulate to a request that the Court continue the existing expert discovery and fact discovery deadlines, based upon the following good cause:

WHEREAS, the Parties have been diligently engaged in discovery, including providing initial and supplemental disclosures, written discovery responses, initial and supplemental production of documents, and have scheduled depositions of Plaintiff and Amazon's 30(b)(6) witness, respectively, and are actively conferring on additional depositions and discovery issues;

WHEREAS, the Court previously set certain discovery case deadlines in ECF No. 24;

WHEREAS, the Parties are still actively engaged in discovery and need a modest extension of ninety (90) days of the existing discovery deadlines previously set by the Court (ECF No. 24) to complete anticipated discovery, which is necessary for the Parties to assess next steps, including discussions of potential early resolution through private mediation;

WHEREAS, the Parties do not wish to adjust any other deadlines previously set by the Court, and the Parties believe the requested extension will not negatively impact any other case deadlines, particularly as the trial date is not scheduled until November 9, 2026;

WHEREAS, following the completion of the depositions noted above, the Parties have agreed to discuss potential mediation, so the requested extension would be beneficial in facilitating early resolution by allowing the Parties to focus their energies and efforts on working to resolve this case without having to meet the existing case deadlines;

THEREFORE, the Parties respectfully request that the Court make the following modifications to the Pretrial Scheduling Order, as directed by the Court's Courtroom Deputy:

| Event | Proposed Date |
|---|---|
| Fact Discovery Cutoff Date: | April 13, 2026 |
| Expert Disclosure Deadline: | February 17, 2026 |
| Supplemental Disclosure Deadline: | March 10, 2026 |
| Expert Discovery Cutoff Date: | April 13, 2026 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

SECOND AMENDED JOINT STIPULATION
TO EXTEND CASE DEADLINES
2:23-CV-02977-DJC-CKD

| | |
|---|---|
| Dated: | MAKAREM & ASSOCIATES |
| | By  */s/ Marcus Jackson*  |
| | Ronald W. Makarem |
| | Marcus Jackson |
| | |
| | Attorney for Plaintiff |
| | LISA DAUGHTON |
| Dated: | MORGAN, LEWIS & BOCKIUS LLP |
| | By  */s/ Brian D. Fahy*  |
| | Brian D. Fahy |
| | |
| | Attorneys for Defendant |
| | AMAZON.COM SERVICES LLC |

### **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: | MORGAN, LEWIS & BOCKIUS LLP |
| | By  */s/ Brian D. Fahy*  |
| | Brian D. Fahy |
| | |
| | Attorneys for Defendant |
| | AMAZON.COM SERVICES LLC |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

SECOND AMENDED JOINT STIPULATION
TO EXTEND CASE DEADLINES
2:23-CV-02977-DJC-CKD

## ORDER

Based upon the Parties' Joint Stipulation to Extend Case Deadlines, and for good cause having been shown, the Current Order Continuing Certain Case Deadlines at ECF No. 24 is modified as requested by the parties above. Additionally, the dispositive motion deadline, currently set for April 10, 2026, is VACATED and RESET for April 17, 2026.

**IT IS SO ORDERED.**

Dated:  November 26, 2025            /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

3

SECOND AMENDED JOINT STIPULATION
TO EXTEND CASE DEADLINES
2:23-CV-02977-DJC-CKD