**MAKAREM & ASSOCIATES**
Ronald W. Makarem, Bar No. 180442
makarem@law-rm.com
Marcus Jackson, Bar No. 205792
Jackson@law-rm.com
11601 Wilshire Blvd, Suite 2440
Los Angeles, CA 90025
Tel:    +1.310.312.0299
Fax:    +1.310.312.0296

Attorney for Plaintiff
LISA DAUGHTON

**MORGAN, LEWIS & BOCKIUS LLP**
Brian D. Fahy, Bar No. 266750
brian.fahy@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

Maria G. Arroyo, Bar No. 335588
maria.arroyo@morganlewis.com
2049 Century Park East
Suite 700
Los Angeles, CA  90067-3109
Tel:    +1.310.907.1000
Fax:    +1.310.907.1001

Attorneys for Defendant
AMAZON.COM SERVICES LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DAUGHTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC, a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:23−CV−02977−DJC−CKD<br><br>**JOINT STIPULATION TO AMEND CERTAIN DISCOVERY DEADLINES; ORDER**<br><br>**LOCAL RULE 144** |

## JOINT STIPULATION

Pursuant to Local Rule 144, Plaintiff Lisa Daughton ("Plaintiff") and Defendant Amazon.com Services LLC ("Amazon") (Plaintiff and Defendant collectively, the "Parties") jointly stipulate to a request that the Court continue the existing Supplemental Disclosure and Expert Discovery Cutoff Date deadlines, based upon the following good cause:

WHEREAS, the Parties have been diligently engaged in discovery, including providing initial and supplemental disclosures, written discovery responses, initial and supplemental production of documents, have completed the deposition of Amazon's 30(b)(6) witness, plan to complete Plaintiff's deposition over the next few weeks, and are actively conferring on additional depositions and discovery issues;

WHEREAS, the Court previously continued certain discovery case deadlines in ECF No. 26;

WHEREAS, the Parties are still actively engaged in discovery and need a modest extension of sixty (60) days of the Supplemental Disclosure and Expert Discovery Cutoff Date deadlines previously set by the Court (ECF No. 26) to complete anticipated discovery, which is necessary for the Parties to assess next steps, including discussions of potential early resolution through private mediation;

WHEREAS, the Parties do not wish to adjust any other deadlines previously set by the Court, and the Parties believe the requested extension will not negatively impact any other case deadlines, particularly as the trial date is not scheduled until November 9, 2026;

WHEREAS, the Parties have agreed to discuss potential mediation, so the requested extension would be beneficial in facilitating early resolution by allowing the Parties to focus their energies and efforts on working to resolve this case without having to meet the existing case deadlines;

THEREFORE, the Parties respectfully request that the Court make the following modifications to the Pretrial Scheduling Order, as directed by the Court's Courtroom Deputy:

| Event | Proposed Date |
|---|---|
| Supplemental Disclosure Deadline: | May 10, 2026 |
| Expert Discovery Cutoff Date: | June 12, 2026 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

JOINT STIPULATION TO AMEND
CERTAIN DISCOVERY DEADLINES
2:23-CV-02977-DJC-CKD

Dated: March 10, 2026                    MAKAREM & ASSOCIATES

                                         By   /s/ Marcus Jackson
                                              Ronald W. Makarem
                                              Marcus Jackson

                                              Attorney for Plaintiff
                                              LISA DAUGHTON

Dated: March 10, 2026                    MORGAN, LEWIS & BOCKIUS LLP

                                         By   /s/ Brian D. Fahy
                                              Brian D. Fahy
                                              Maria G. Arroyo

                                              Attorneys for Defendant
                                              AMAZON.COM SERVICES LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 10, 2026                    MORGAN, LEWIS & BOCKIUS LLP

                                         By   /s/ Brian D. Fahy
                                              Brian D. Fahy

                                              Attorneys for Defendant
                                              AMAZON.COM SERVICES LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2                    JOINT STIPULATION TO AMEND
                     CERTAIN DISCOVERY DEADLINES
                     2:23-CV-02977-DJC-CKD

### <u>ORDER</u>

Based upon the Parties' Joint Stipulation to Amend Certain Discovery Deadlines, and for good cause having been shown, the Supplemental Disclosure and Expert Discovery Cutoff Date deadlines are continued as requested by the parties above.

**IT IS SO ORDERED.**

Dated:  March 11, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

JOINT STIPULATION TO AMEND
CERTAIN DISCOVERY DEADLINES
2:23-CV-02977-DJC-CKD