**MAKAREM & ASSOCIATES**
Ronald W. Makarem, Bar No. 180442
makarem@law-rm.com
Marcus Jackson, Bar No. 205792
Jackson@law-rm.com
11601 Wilshire Blvd, Suite 2440
Los Angeles, CA 90025
Tel:    +1.310.312.0299
Fax:    +1.310.312.0296

Attorney for Plaintiff
LISA DAUGHTON

**MORGAN, LEWIS & BOCKIUS LLP**
Brian D. Fahy, Bar No. 266750
brian.fahy@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

Maria G. Arroyo, Bar No. 335588
maria.arroyo@morganlewis.com
2049 Century Park East
Suite 700
Los Angeles, CA  90067-3109
Tel:    +1.310.907.1000
Fax:    +1.310.907.1001

Attorneys for Defendant
AMAZON.COM SERVICES LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DAUGHTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC, a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:23−CV−02977−DJC−CKD<br><br>**JOINT STIPULATION TO CONTINUE SUMMARY JUDGMENT DEADLINE IN LIGHT OF FORTHCOMING MEDIATION; ORDER**<br><br>**LOCAL RULE 144** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 167633704.2

JOINT STIPULATION TO CONTINUE
SUMMARY JUDGMENT DEADLINE
2:23-CV-02977-DJC-CKD

## <u>JOINT STIPULATION</u>

Pursuant to Local Rule 144, Plaintiff Lisa Daughton ("Plaintiff") and Defendant Amazon.com Services LLC ("Amazon") (Plaintiff and Defendant collectively, the "Parties") jointly stipulate to a request that the Court continue the current Motion for Summary Judgment deadline by 60 days in light of the Parties' upcoming mediation:

WHEREAS, the Court previously continued certain case deadlines in ECF No. 26, including the Dispositive Motion Deadline, which was continued to April 17, 2026;

WHEREAS, the Parties have scheduled a mediation for April 7, 2026 with mediator Kelly A. Knight, Esq.;

WHEREAS, to allow the Parties to focus their energies and resources on potential early resolution of this matter through the upcoming mediation, the Parties have agreed to request that the Court continue the existing April 17, 2026 Motion for Summary Judgment deadline by sixty (60) days, to June 16, 2026;

WHEREAS, the requested extension would be beneficial in facilitating early resolution by allowing the Parties focus their energies and efforts on working to resolve this case without having to meet the existing Motion for Summary Judgment deadline; and

WHEREAS, the Parties are not requesting that the Court continue the existing trial date of November 9, 2026 (ECF No. 24) and will update the Court on case status following mediation.

Dated: March 24, 2026                    MAKAREM & ASSOCIATES

                                         By    /s/ Marcus Jackson
                                            Ronald W. Makarem
                                            Marcus Jackson

                                            Attorney for Plaintiff
                                            LISA DAUGHTON

Dated: March 24, 2026                    MORGAN, LEWIS & BOCKIUS LLP

                                         By    /s/ Brian D. Fahy
                                            Brian D. Fahy
                                            Maria G. Arroyo

                                            Attorneys for Defendant
                                            AMAZON.COM SERVICES LLC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 167633704.2

1

JOINT STIPULATION TO CONTINUE
SUMMARY JUDGMENT DEADLINE
2:23-CV-02977-DJC-CKD

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 24, 2026                    MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Brian D. Fahy*
Brian D. Fahy

Attorneys for Defendant
AMAZON.COM SERVICES LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 167633704.2

2

JOINT STIPULATION TO CONTINUE
SUMMARY JUDGMENT DEADLINE
2:23-CV-02977-DJC-CKD

## <u>ORDER</u>

Based upon the Parties' Joint Stipulation to Continue the Parties' Motion for Summary Judgment Deadline, and for good cause having been shown, that deadline is continued as requested by the Parties above.  The Parties shall file a status report re mediation within seven (7) days after the conclusion of mediation.

**IT IS SO ORDERED.**

Dated:  March 24, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 167633704.2

3

JOINT STIPULATION TO CONTINUE
SUMMARY JUDGMENT DEADLINE
2:23-CV-02977-DJC-CKD